# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: 05-342-03 | MAGIS. NO: |
| **V.**<br><br>ALVARO SERRANO ARCHBOLD-MANNER, et, al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Ranfer Manuel Rios-Mercado #3<br><br>FILED<br>APR 2 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF:    21:959,960 and 963; 21:959; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| HWOB | | |
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JOHN M. FACCIOLA | DATE ISSUED:<br>September 14, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/14/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 4/24/08 | NAME AND TITLE OF Receiving OFFICER<br>Julie Carrillo DUSM | SIGNATURE OF ARRESTING OFFICER<br>Julie Carrillo |
|---|---|---|
| HIDTA CASE:   Yes   No X | | OCDETF CASE:   Yes   No X |