UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>   )<br>   Plaintiff**,** )<br>   )<br>   v.   )   Criminal Case No. 05-342-03 (RCL)<br>   )<br>**RANFER RIOS MERCADO** )<br>   )<br>   Defendant**.** )<br>_____) | |

**PROPOSED ORDER OF DETENTION**

Upon consideration of the Government' motion to detain Ranfer Rios Mercadowithout bond pending trial pursuant to 18 U.S.C. § 3142 and the record herein, it is, this _____ day of _____, 2008,

ORDERED, that the Government's motion is granted and that Ranfer Rios Mercadowill be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1.  There is a presumption that the Ranfer Rios Mercado should be detained because he has been charged by Indictment with an offense for which a maximum term of imprisonment of ten years of more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2.  Ranfer Rios Mercado has no significant ties to the United States and their personal characteristics support the conclusion that they are a risk of flight if released.

3.   Ranfer Rios Mercado are a danger to the community in general as a result of their drug trafficking activities.

4.   Ranfer Rios Mercado have not rebutted the presumption contained in the Bail Reform Act

and accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendants at trial. See 18 U.S.C. § 3142(e).

5.   Ranfer Rios Mercado shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6.   Ranfer Rios Mercado shall be afforded reasonable opportunity for private consultation with counsel.  18 U.S.C. § 3142(i)(3).

                                                  _____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE
THE DISTRICT OF THE DISTRICT OF COLUMBIA

cc:   Patrick H. Hearn, Trial Attorney
      Narcotic and Dangerous Drug Section
      U.S. Department of Justice
      1400 New York Ave., N.W.,
      Washington, D.C. 20530