**SEALED**

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> V. <br><br> ALVARO SERRANO ARCHBOLD-MANNER, et, al. <br><br> DOB:          PDID: | **DOCKET NO:** 05-342-03   **MAGIS. NO:** <br><br> **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br> Ranfer Manuel Rios-Mercado <br><br> FILED <br> APR 2 4 2008 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| **WARRANT ISSUED ON THE BASIS OF:** SUPERCEDING INDICTMENT | **DISTRICT OF ARREST** |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

| **IN VIOLATION OF:** | **UNITED STATES CODE TITLE & SECTION:** <br> 21:959, 960 and 963; 21:959; 18:2; 21:853 and 970 |
|---|---|

| **BAIL FIXED BY COURT:** <br> HWOB | **OTHER CONDITIONS OF RELEASE:** | |
|---|---|---|
| **ORDERED BY:** <br> MAGISTRATE JUDGE ROBINSON | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** <br> U.S. MAGISTRATE DEBORAH A. ROBINSON | **DATE ISSUED:** <br> January 3, 2006 |
| **CLERK OF COURT:** <br> Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:** JAN 03 2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| **DATE RECEIVED** 4/24/08 | **NAME AND TITLE OF Receiving OFFICER** <br> DUSM Julie Carrillo | **SIGNATURE OF Receiving OFFICER** Julie Carrillo |
|---|---|---|
| **HIDTA CASE:** Yes    No X | | **OCDETF CASE:** Yes    No X |