# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-342 (RCL) | MAGIS. NO: |
| **Un-SEALED** v. ALVARO SERRANO ARCHBOLD-MANNER, et, al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Ranfer Manuel Rios-Mercado #3 | **FILED** APR 2 4 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:           PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: SECOND SUPERCEDING INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21:959, 960 and 963; 21:959 and 963; 18:2; 21:853 and 970 |
|---|---|

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE DEBORAH A. ROBINSON | DATE ISSUED: April 13, 2006 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: APR 1 8 2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 4/24/08 | NAME AND TITLE OF ARRESTING OFFICER Julie Carrillo DUSM | SIGNATURE OF ARRESTING OFFICER Julie Carrillo | |
|---|---|---|---|
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X | |