CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Criminal Number 05-342-03 (RCL) |
| ) | |
| ) | Category  B |
| ) | |
| RANFER MANUEL RIOS-MERCADO  ) | |
| ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>May 30, 2008</u> from <u>The Calendar Committee</u> to <u>Chief Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Defendant  is no longer a fugitive.)

<u>                                                            </u>  JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Chief Judge Lamberth</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk