**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

               v.               05-342 (RCL)

**JOSE HUGO ALVAREZ LOZANO,**
        **et.al.**

**MOTION FOR A STANDING ORDER THAT ALL   PRIOR STATEMENTS OF WITNESSES BE PROVIDED TO DEFENDANT BEFORE   TRIAL IN ORIGINAL LANGUAGE**

     Defendant Alvarez Lozano now moves this Court for a standing Order that the Government provide defense counsel with all prior statements of each and every witness in the original language of the witness.  The defendant further requests that all notes of any witness statement be provided in the original language.  The defendant further requests that the statements be provided well before trial so that they may be translated or that an English language transcript and translation by a certified Court Interpreter be provided.

     In support of this Motion the defendant states as follows:

1.    The events supporting this prosecution took place in far-flung countries of the world.  The government has provided thousands of telephone calls in at least four languages.

2.    When a witness testifies the government is required to provide

the prior statements of the witness 18 USC § 3500.

3.   An English language translation of the statement is useless for impeachment of the witness under FRE 801(d)(1)(A) or (2) as a prior inconsistent statement.

4.   An English language translation is useless because the statement is not the statement of the witness and the witness is not competent as a non-English speaker to adopt the translation.

WHEREFORE the defendant requests the Court issue a standing order that all prior statements and the notes thereto be provided to counsel before trial in the original language of the witness.

Respectfully submitted,

_____/s/_____

H. Heather Shaner #273 276
Appointed by the Court for Hugo Alvarez
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210