UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-342-03, |
| | : | 12, 15, 17, 18, 19 |
| | : | (RCL) |
| | : | |
| ARCHBOLD-MANNER et. al., | : | |
| (Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12), | | |
| Jose Alvarez-Lozano (15), German Villegas-Mejia (17), | | |
| Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19) | | |

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS**

The defendants, through undersigned counsel, hereby move for an extension of time within which to file pretrial motions. In support of this motion, the defendants state the following:

1. At the status hearing held on June 12, 2008, the Court set July 9, 2008, as the deadline for the filing of pretrial motions, with responses due July 23, 2008. A motions hearing is scheduled for August 14, 2008.

2. At the status hearing, the government delivered some discovery related to seizures of tangible evidence to each defense counsel. The government also represented that it had not yet disclosed the evidence pertaining to the seizures of January 21 and January 22, 2006 (Counts Three and Four of the Indictment). The prosecutor advised the Court that he expected to disclose that evidence to the defense by the end of the following week, i.e. by June 20, 2008. However the evidence pertaining to those seizures has not yet been provided to the defense despite additional requests by defense counsel for its disclosure. (Counsel also expects to further communicate with DOJ Attorney Patrick Hearn regarding this discovery upon his return to the jurisdiction tomorrow.)

3. The discovery materials pertaining to the seizures of January 21 and 22, 2006

are critical to the defense of Counts Three and Four specifically, and also to the defense of the conspiracy count, Count One.  In order to accurately frame the bases of relief in their pre-trial motions, each counsel first needs to obtain and analyze the relevant discovery material and review it with his or her client. The attorneys for these defendants are working to consolidate the joint filing of motions in order to expedite the presentation of outstanding issues to the Court, and have authorized undersigned counsel to seek this extension on their behalf.

4.   Deputy Chief Julius Rothstein has informed counsel that the government consents to the granting of a request for an extension of time in which to file pretrial motions.

**WHEREFORE**, the defendants request that this motion be granted, and that the Court grant an extension of seven days, or until July 16, 2008 for the filing of pretrial motions.

Respectfully submitted,

_____
Mitchell M. Seltzer
Bar #261933
717 D Street N.W. #310
Washington, D.C. 20004
(202) 347-2333

Counsel for Fernando Zapata-Bermudez (#19)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION was served by electronic transmission upon DOJ Trial Attorney Patrick Hearn this _9th _ day of July 2008.

_____