UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.      : | Crim. No. 05-342-03, |
| : | 12, 15, 17, 18, 19 |
| : | (RCL) |
| : | |
| ARCHBOLD-MANNER et. al.,     : | |
| (Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12), | |
| Jose Alvarez-Lozano (15), German Villegas-Mejia (17), | |
| Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19) | |

### DEFENDANTS' MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

The defendants, through undersigned counsel, hereby move for an additional extension of three business days within which to file pretrial motions. In support of this motion, the defendants state the following:

1. At the status hearing held on June 12, 2008, the Court set July 9, 2008 as the deadline for the filing of pretrial motions. The court subsequently granted a consent motion to extend the filing deadline until today, July 16, 2008.

2. A limited amount of evidence regarding the evidence seized on January 21, 2006 (Count Three) was delivered yesterday to the defense. The government has still not disclosed to the to the defense any discovery at all pertaining to the evidence seized on January 22, 2006(Count Four).

3. As previously stated, the discovery materials pertaining to the seizures of January 21 and 22, 2006 are critical to the defense of Counts Three and Four specifically, and also to the defense of the conspiracy count, Count One. The defendants in good faith expected to be able to file pretrial motions by today; however, the receipt of a limited amount of discovery only yesterday, with the discovery for Count Four still outstanding, has necessitated the need to request another short extension in order to complete the

drafting and filing of the relevant motions. The attorneys are confident that they will meet the filing deadline if allowed three additional business days, or until July 21, 2008, to file pretrial motions.

4. The attorney for each of the listed defendants has authorized undersigned counsel to file this motion on his or her behalf.

5. Counsel has today informed DOJ trial attorney Patrick Hearn on a voicemail message of the filing of this motion, and requested his consent that it be granted, but has not yet received a response. It is unlikely that the government will be prejudiced in any event, as the pretrial motions hearing is scheduled for August 14, 2008.

**WHEREFORE**, the defendants request that this motion be granted, and that the Court grant an extension of three business days, or until July 21, 2008 for the filing of pretrial motions.

Respectfully submitted,

_____
Mitchell M. Seltzer
Counsel for F. Zapata-Bermudez
(#19)
Bar #261933
717 D Street N.W. #310
Washington, D.C. 20004
(202) 347-2333

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION was served by electronic transmission upon DOJ Trial Attorney Patrick Hearn this _16th _ day of July 2008.

_____