FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 18 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA :
:
v. : Crim. No. 05-342-03,
: 12, 15, 17, 18, 19
: (RCL)
:
ARCHBOLD-MANNER et. al., :
(Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12),
Jose Alvarez-Lozano (15), German Villegas-Mejia (17),
Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19)

ORDER

Upon consideration of Defendants' Motion To Extend Time to File Pretrial Motions, and the entire record in this case, it is hereby this ___18th___ day of July, 2008,

ORDERED, that the defendants' motion be GRANTED; and is further

ORDERED, that the deadline for the filing of pretrial motions shall be extended until July 21, 2008.

_____
ROYCE C. LAMBERTH,
CHIEF JUDGE
United States District Court
for the District of Columbia