UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal No. 05-342 (RCL) |
| | ) | |
| **ARCHBOLD-MANNER, et al.** | ) | |
| **Jesus Antonio Murillo-Lenis (02)** | ) | |
| **Ranfer Rios-Mercado (03); Hugo Alvarez** | ) | |
| **Lozano (15); German Villegas-Mejia (17),** | ) | |
| **Gerardo Tobon-Rojas (18) and** | ) | |
| **Fernando Zapata-Bermudez (19)** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of the defendants' Joint Motion To Order Mandated Missing Discovery, the accompanying memorandum of points and authorities, the government's memorandum in opposition, and in light of the entire record in this case, it is this _____ day of _____, 2008 be and hereby is

**ORDERED** that said motion is granted and the missing discovery shall be provided by no later than _____.

**SO ORDERED.**

_____
Royce C. Lamberth
United States District Court Chief Judge