UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 05-342 (RCL) |
| | ) |
| ARCHBOLD-MANNER, et al. | ) |
| Jesus Antonio Murillo-Lenis (02) | ) |
| Ranfer Rios-Mercado (03); Hugo Alvarez | ) |
| Lozano (15); German Villegas-Mejia (17), | ) |
| Gerardo Tobon-Rojas (18) and | ) |
| Fernando Zapata-Bermudez (19) | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO COMPEL PRODUCTION OF ALL WIRETAP CALLS**

The above-named defendants, by and through their undersigned counsel, respectfully move this Honorable Court, pursuant to Fed. R. Crim. P. 16 to order the government to produce all of the wiretap conversations and related materials. In support of this Motion, the defendants rely upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____/s/_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20001
(202) 393-0007
On Behalf of Ranfer Rios-Mercado


_____/s/_____
Cynthia Katkish, Bar No. 418876
On behalf of German Villegas-Mejia

_____/s/_____
Howard Katzoff
On behalf of Gerardo Tobon-Rojas



_____/s/_____
Mitchell Seltzer, Bar No.261933
On behalf of Fernando Zapata-Bermudez



_____/s/_____
Anthony Martin
On behalf of Jesus Murillo-Lenis



_____/s/_____
Heather Shaner
On behalf of Hugo Alvarez Lozano

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 05-342 (RCL) |
| ) | |
| **ARCHBOLD-MANNER, et al.** ) | |
| **Jesus Antonio Murillo-Lenis (02)** ) | |
| **Ranfer Rios-Mercado (03); Hugo Alvarez** ) | |
| **Lozano (15); German Villegas-Mejia (17),** ) | |
| **Gerardo Tobon-Rojas (18) and** ) | |
| **Fernando Zapata-Bermudez (19)** ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION TO COMPEL PRODUCTION OF ALL WIRETAP CALLS**

**Facts**

Upon information and belief, each of the defendant's counsel received approximately five computer discs during discovery, which we understood contained the same wiretapped conversations and related documents  When defense counsel reviewed those discs, it was discovered that they were not identical.   In addition, the defendants got another round of discovery on July 10, 2008 which contained additional wiretapped conversations and related documents.  Thus, it now has become apparent that we have not had all of the telephone calls, nor is it clear that we have 100% of the wiretapped telephone conversations now.   The government has not certified that it has provided all of the wiretap conversations to the defense which we request that the prosecution provide.

**Argument**

_____The Government is not permitted to be selective about discovery which must be produced

under Rule 16. Recorded statements are discoverable. It would be improper for the prosecution to act as a filter and to give us only those conversations believed to support the government view of the evidence but to deprive the defendants of the other conversations which might go to the heart of their defenses. It is axiomatic that the defendants have a fundamental right to defend themselves. This principle is an element of due process. Washington v. Texas, 388 U.S. 14, 19 (1967).

**Conclusion**

For the above reasons and such others as may be raised at an evidentiary hearing, the defendants request that said motion be granted and that the government be ordered to produce all of the wiretapped conversations.

Respectfully submitted,

_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20001
(202) 393-0007
On Behalf of Ranfer Rios-Mercado

**CERTIFICATE OF SERVICE**

I certify that on this _____ day of _____, 2008, a copy of the foregoing motion has been served by mail upon Patrick Hearn, Esquire, Department of Justice.

_____
Diane S. Lepley