UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 05-342 (RCL) |
| ) | |
| ARCHBOLD-MANNER, et al. ) | |
| Ranfer Rios-Mercado (03), ) | |
| German Villegas-Mejia (17), ) | |
| Gerardo Tobon-Rojas (18) and ) | |
| Fernando Zapata-Bermudez (19) ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the defendants' Joint Motion To Sever Count Four and Memorandum of Points and Authorities In Support Thereof, the government's memorandum in opposition, and the entire record in this case, it is this _____ day of _____, 2008 be and hereby is

**ORDERED** that said motion is granted.

**SO ORDERED.**

_____
Royce C. Lamberth
United States District Court Chief Judge