UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Criminal No. 05-342 (RCL)** |
| | ) | |
| ARCHBOLD-MANNER, et al. | ) | |
| Ranfer Rios-Mercado (03), | ) | |
| German Villegas-Mejia (17), | ) | |
| Gerardo Tobon-Rojas (18) and | ) | |
| Fernando Zapata-Bermudez (19) | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of the defendants' Joint Motion To Dismiss on Due Process Grounds

and  Memorandum of Points and Authorities In Support Thereof, the government's opposition

thereto, and the entire record in this case, it is this _____ day of _____, 2008

be and hereby is

   **ORDERED** that said motion is granted.

   **SO ORDERED.**


_____     _____
                                       Royce C. Lamberth
                                       United States District Court Chief Judge

____