**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Crim. No. 05-342-03,** |
| | **:** | **12, 15, 17, 18, 19** |
| | **:** | **(RCL)** |
| | **:** | |
| **ARCHBOLD-MANNER et. al.,** | **:** | |
| **(Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12),** | | |
| **Jose Alvarez-Lozano (15), German Villegas-Mejia (17),** | | |
| **Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19)** | | |

**<u>ORDER</u>**

Upon consideration of the defendant's Motion for Preliminary Determination of Conspiracy, any opposition thereto and the entire record in this case, it is hereby this _____ day of _____, 2008,

**ORDERED**, that the defendant's motion is **GRANTED**.

_____
**ROYCE C. LAMBERTH,**
**CHIEF JUDGE**
United States District Court
for the District of Columbia