UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-342-03, |
| : | 12, 15, 17, 18, 19 |
| : | (RCL) |
| : | |
| ARCHBOLD-MANNER et. al., : | |
| (Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12), | |
| Jose Alvarez-Lozano (15), German Villegas-Mejia (17), | |
| Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19) | |

## ORDER

Upon consideration of the defendant's Motion for Timely Disclosure of Identity of Informants, any opposition thereto and the entire record of this case, it is hereby this _____day of _____, 2008,

**ORDERED**, that the defendant's motion be **GRANTED;**

**FURTHER ORDERED**, that the Government shall provide sufficient contact information to defense counsel including the name, address and telephone number, and any additional information necessary to locate each informant, by _____, 2008.

_____
**ROYCE C. LAMBERTH**, **Chief Judge**
United States District Court
for the District of Columbia