UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-342-03, |
| | : | 12, 15, 17, 18, 19 |
| | : | (RCL) |
| | : | |
| ARCHBOLD-MANNER et. al., | : | |
| (Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12), | | |
| Jose Alvarez-Lozano (15), German Villegas-Mejia (17), | | |
| Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19) | | |

## ORDER

Upon consideration of the defendant's Motion for Timely Disclosure of Impeaching Evidence and *Jencks* Material, any opposition thereto and the entire record in this case, it is hereby this _____ day of _____, 2008,

**ORDERED**, that the defendant's motion is **GRANTED**; and it is further

**ORDERED**, that all impeaching evidence and *Jencks* material shall be provided by the Government to defense counsel on or before _____, 2008.

_____
**ROYCE C. LAMBERTH,**
**CHIEF JUDGE**
United States District Court
for the District of Columbia