**EXHIBIT A**

12

