**EXHIBIT B**

13

