## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>ARCHBOLD MANNER, ET AL. )<br>(Jose Hugo Alvarez-Lozano, Jesus )<br>Antonio Murillo-Lenis; Enrique )<br>Oyola-Ropero, German Villegas-Mejia, )<br>Gerardo Tobon-Rojas, Ranfer Manuel )<br>Rios-Mercado, Juan Eduardo )<br>Perez-Rincon, Fernando Zapata-Bermudez) )<br>)<br>**Defendants**. )<br>_____ ) | Criminal Case No. 05-342-24 (RCL) |

## ORDER

Upon consideration of the motion of the government, for an extension of time and new motions hearing date, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the government's motion is **GRANTED.**

Further **ORDERED** that the Government shall file responses to defendants' motions by August 13, 2008 and that on _____ day of _____ 2008 a _____ hearing shall be held.

 

_____
Honorable Royce C. Lamberth
U.S. District Chief Judge
United States District Court
for the District of Columbia