# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 05-342 (RCL)** |
| | ) | |
| **ARCHBOLD-MANNER, et al.** | ) | |
| **Ranfer Rios-Mercado (03)** | ) | |
| **Defendant.** | ) | |

## REPLY TO GOVERNMENT'S MOTION FOR EXTENSION OF TIME AND NEW MOTIONS HEARING DATE

The defendant, Ranfer Rios-Mercado, by and through his undersigned counsel, respectfully replies to the Government's Motion For Extension Of Time And New Motions Hearing Date as follows:

1.      The government's motion for an extension of time to file responses to pretrial motions and to schedule a new motions hearing date misstates the position of counsel for Ranfer Rios-Mercado.[1]

2.      Counsel routinely agrees to extensions for attorneys, as schedules and caseloads often make it impossible to meet deadlines. As is her standard view, she agreed to more time in this case as well. When the prosecutor's paralegal inquired about a three week extension, however, counsel indicated that she would agree to an extension until August 8, or more than two weeks, so that there would be a few days to reply, if necessary, before the scheduled hearing date of August 14, 2008.

3.      Because of the time of year and the large number of defense attorneys, counsel was

---

[1] The defendant also notes that the Joint Suppression Motion was filed on July 18, but refiled on July 24 because of erroneously omitted exhibits.

concerned that a three week rather than a two plus week extension would lead to the necessity of changing the motions hearing date which is exactly what has occurred.

4.    With the exception of the one suppression hearing which was set for today and apparently postponed,[2] there are no evidentiary hearings set for August 14, 2008. All other motions are non-evidentiary.[3] At the core of almost all of the defense motions is a general and loud plea for information. Further delay in obtaining the discovery the defendants so critically need only exacerbates the problem. Putting off the hearing about the discovery shortfalls does not advance the progress of this case. In fact, it arguably does the opposite.

WHEREFORE, for the above reasons, the defendant requests that the government be given an extension of time to file motions until August 8, 2008 and that the motion hearing date remain the same.

Respectfully submitted,


_____/s/_____
Diane S. Lepley, Bar No. 368927
400 Seventh Street, N.W., Suite 400
Washington, D.C. 20001
(202) 393-0007
On Behalf of Ranfer Rios-Mercado

---

[2]No motion regarding the status of this hearing ever came through on ECF so the defendants have no information about its current status. Counsel notes that the government's extension motion to which this reply is directed does not have the names of all the remaining defendants on it. The defendants contend that all of them should have notice about case activity with the obvious exception of dispositions with cooperation.

[3]Defendants have filed joint suppression, due process, severance and discovery motions, to name a few, necessitating the disclosure of information which would allow the defendants to determine if other evidentiary motions are appropriate.

## CERTIFICATE OF SERVICE

I certify that on this __24th___ day of ___July_____, 2008, a copy of the foregoing motion

has been served by mail upon Patrick Hearn, Esquire, Department of Justice.

_____/s/_____
Diane S. Lepley