UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ARCHBOLD-MANNER, et al.** )<br>**Ranfer Rios-Mercado (03)** )<br>)<br>**Defendant.** ) | Criminal No. 05-342 (RCL) |

### ORDER

Upon consideration of the defendant' Reply to Government's Motion For Extension Of Time And New Motions Hearing Date, the accompanying memorandum of points and authorities, the government's memorandum in opposition, and in light of the entire record in this case, it is this _____ day of _____, 2008

be and hereby is

**ORDERED** that said motion is denied, and it is further

**ORDERED** that the government shall file its responses to pretrial motions on or before August 8, 2008 and the motion hearing shall remain on August 14, 2008.

**SO ORDERED.**

_____
Royce C. Lamberth
United States District Court Chief Judge