## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal Case No. 05-342-24 (RCL) |
| | ) | |
| ARCHBOLD MANNER, ET AL. | ) | |
| (Jose Hugo Alvarez-Lozano, Jesus | ) | |
| Antonio Murillo-Lenis; Enrique | ) | |
| Oyola-Ropero, German Villegas-Mejia, | ) | |
| Gerardo Tobon-Rojas, Ranfer Manuel | ) | |
| Rios-Mercado,Juan Eduardo | ) | |
| Perez-Rincon, Fernando Zapata-Bermudez) | ) | |
| | ) | |
| **Defendants**. | ) | |
| _____ | ) | |

## <u>ORDER</u>

Upon consideration of the motion of the government, for an extension of time, it

is this _____ day of _____ 2008, hereby **ORDERED,** that the government's

motion is **GRANTED.**

It is further **ORDERED**, the government shall file its responses by August 10,

2008 and a hearing on the motions shall be held August 14, 2008.


_____
Honorable Royce C. Lamberth
U.S. District Chief Judge
United States District Court
for the District of Columbia