UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALVARO SERRRANO ) | CRIMINAL NO. 05-342 (RCL) |
| ARCHBOLD-MANNER, *et al.* ) | |
| ) | |
| Defendants. ) | |

**FILED**

AUG - 5 2008

Clerk, U.S. District and
Bankruptcy Courts

<u>ORDER</u>

Now before the Court comes three motions in this case. Upon review of the motions, it is hereby

ORDERED that the government's unopposed second motion [202] for extension of time is GRANTED. The government's responses to defense motions shall be filed no later than August 10, 2008. The motions hearing date in this case remains set for August 14, 2008; it is further hereby

ORDERED that the government's first motion for extension of time [199] is DENIED as moot; it is further hereby

ORDERED that defendant Jamie Hernan Gutierrez-Diaz's (16) motion [186] to be excused from hearing is GRANTED, *nunc pro tunc*.

SO ORDERED.

_____          ___8/5/08___
United States District Judge Royce C. Lamberth          Date