AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

       Plaintiff(s)    )
                        )    **APPEARANCE**
                        )
       vs.            )    CASE NUMBER    CR-05-342-RCL
Alvaro Serrano Archbold-Manner, et al   )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Teresa A. Wallbaum   as counsel in this
                              (Attorney's Name)

case for:   United States of America
            (Name of party or parties)

August 14, 2008
Date

*signature*
Signature

Teresa A. Wallbaum
Print Name

Illinois # 6211941
BAR IDENTIFICATION

1400 New York Ave, NW
Address

Washington, DC 20530
City    State    Zip Code

(202) 616-5193
Phone Number