**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal Case No. 1:05-cr-00342-RCL** |
| **ARCHBOLD-MANNER** | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF ADDITION OF COUNSEL**

   The United States of America informs the Court that Trial Attorney Paul Laymon is to be

added to this case as counsel of record.  Please enter their appearance in this matter as counsel for

the United States of America.

Dated this 26th day of August 2008.


                                                      Respectfully submitted,_____


_____          _____/s/_____
                                                      Paul Laymon
                                                      Trial Attorney,
                                                      United States Deapartment of Justice
                                                      Narcotic and Dangerous Drug Section
                                                      1400 New York Avenue, N.W. Suite 11406
                                                      Washington, DC 20530
                                                      Phone:   (202) 514-1286
                                                      Fax:       (202) 514-0483
                                                      E-Mail:   paul.laymon@usdoj.gov