**OPERATION MOUNTAIN MIST 2006**

**Exhibit B**



LAW ENFORCEMENT SENSITIVE